United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 10, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-61069
Summary Calendar
_____

ESSA GYE,

                                              Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

                                              Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A76-301-663

_____

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM:[*]

Essa Gye, a native and citizen of Gambia, petitions for review

of an order from the Board of Immigration Appeals ("BIA") affirming

the immigration judge's ("IJ") decision finding Gye removable for

falsely claiming United States citizenship. Gye argues that there

is no evidence in the record to show that he claimed to be a United

States citizen, as opposed to a United States national, when he

checked the "citizen or national" box on the Employment Eligibility

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Verification (I-9) form.  However, Gye has not shown that the evidence compels a conclusion contrary to that of the IJ.[1] Accordingly, Gye's petition for review in DENIED.

---

[1]*See Lopez De Jesus v. INS*, 312 F.3d 155, 158-59 (5th Cir. 2002); *Carbajal-Gonzalez v. INS*, 78 F.3d 194, 197 (5th Cir. 1996).